Frederick Hildmann, appellee, v. George H. Seery et al., appellants. Gen. No. 24,698.

Suit to cancel and set aside overissued shares of corporate stock as result of mistake of fact. Judgment for complainant. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

George M. Bagby, for appellants. Manierre & Pratt, for appellee; Carl H. Zeiss, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.